PD-0063-15

PD-0063-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/15/2015 10:28:43 PM
Accepted 1/21/2015 3:44:09 PM
ABEL ACOSTA
CLERK

# TO THE COURT OF CRIMINAL APPEALS OF TEXAS

No._____

_____

**RAYMOND BUCHANAN,**
*Appellant*
v.
**THE STATE OF TEXAS,**
*Appellee*

_____

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

_____

On Petition for Discretionary Review from the Court of Appeals for the First District, Houston, Texas in Cause No. 01-13-00954-CR, Affirming an appeal from a judgment issued in Cause No. 68872 from the 300th District Court of Brazoria County, Texas.

_____

FILED IN
COURT OF CRIMINAL APPEALS

January 21, 2015

ABEL ACOSTA, CLERK

**R. Scott Shearer**
TBA No. 00786464
929 Preston, Suite 200
Houston, TX 77002
(713) 254-5629
(713) 224-2889 FAX
*ShearerLegal@Yahoo.com*

**Attorney for Appellant**

January 15, 2014

**TO THE HONORABLE COURT OF CRIMINAL APPEALS OF TEXAS:**

**NOW COMES, RAYMOND BUCHANAN**, and files this Motion To Extend Time To File Petition For Discretionary Review. In support of this motion, he would respectfully show the Court the following:

I.

In an UNPUBLISHED opinion delivered December 16, 2014, a panel of the First Court of Appeals AFFIRMED Appellant's appeal from a judgment of conviction for sexual abuse of a child by the 300th District Court of Brazoria County. Appellant did not file a motion for rehearing. Appellant's Petition for Discretionary Review is due on January 16, 2014. This motion to extend time to file petition for discretionary review is timely filed within thirty days after the court of appeals issued its opinion or overruled Appellant's Motion for Rehearing or within fifteen days of said deadline. *See* TEX. R. APP. PROC. 68.2.

II.

Appellant is requesting additional time to file the petition for discretionary review. More time is necessary to research the issues involved.

III.

Appellant asserts that this motion is not made solely for purposes of delay and that the granting of this motion will not prejudice the rights of the State.

IV.


Appellant is therefore requesting a thirty [30] day extension so that his Petition may be timely filed.


**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that the Honorable Court of Criminal Appeals will grant his Motion To Extend Time To File Petition For Discretionary Review.


Respectfully submitted,

/s/R. SCOTT SHEARER
**R. Scott Shearer**
TBA No. 00786464
929 Preston, Suite 200
Houston, TX 77002
(713) 254-5629
(713) 224-2889 FAX
*ShearerLegal@Yahoo.com*

**Attorney for Appellant**

January 15, 2014

**CERTIFICATE OF SERVICE**

I certify that a copy of this Motion has been served upon the State of Texas by e-mailing a copy of same to the following parties at the following addresses on this the 15th day of January, 2014:


JERI YENNE.
BRAZORIA COUNTY DISTRICT ATTORNEY
111 E. LOCUST, SUITE 408A
ANGLETON, TX 77515
*DEBRAP@BRAZORIA-COUNTY.COM*


/s/R. SCOTT SHEARER
**R. Scott Shearer**